# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph George Dodgson aka Joseph G. Dodgson aka Joseph Dodgson<br>Patricia Marie Dodgson aka Pat M. Dodgson aka Patricia M. Dodgson aka Patricia Dodgson<br>           Debtors | BK NO. 13-00178 JJT<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed Certificates, Series 2007-FXD1 and index same on the master mailing list.

                                                    Respectfully submitted,

                                          **/s/ James C. Warmbrodt, Esquire**
                                          James C. Warmbrodt, Esquire
                                          KML Law Group, P.C.
                                          BNY Mellon Independence Center
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA  19106
                                          412-430-3594