UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| JOSEPH AND PATRICIA DODGSON | : | CHAPTER 13 |
| Debtors. | : | |

*****************************************************************************

| | | |
|---|---|---|
| SPECIALIZED LOAN SERVICING | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| JOSEPH AND PATRICIA DODGSON | : | CASE NO. 5-13-00178 |
| Respondents. | : | |

*****************************************************************************

### DEBTOR'S ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER SECTION 362

*****************************************************************************

AND NOW COMES, Joseph and Patricia Dodgson, the Debtor, and files an Answer to Specialized Loan Servicing Motion for Relief From the Automatic Stay:

1. Joseph and Patricia Dodgson(hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Movant alleges that Debtor has failed to make post-petition mortgage payments.

3. Debtor Counsel is in the possession of funds needed to cure the default.

4. Movant is not entitled to relief from the automatic stay as the arrearage amount due has been paid or shall be paid through the Chapter 13 Plan, and/or a six (6) month Stipulation, and, therefore, the Movant is adequately protected.

WHEREFORE, the Debtor respectfully requests that Movant's Motion for Relief from the Automatic Stay be denied.

Respectfully submitted,

Date: July 13, 2017     /s/Tullio DeLuca
Tullio DeLuca, Esquire
PA ID# 59887
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JOSEPH AND PATRICIA DODGSON : CHAPTER 13
        Debtors. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SPECIALIZED LOAN SERVICING :
                Movant, :
:
vs. :
JOSEPH AND PATRICIA DODGSON : CASE NO. 5-13-00178
       Respondents. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on July 13, 2017, he caused a true and correct copy of Debtor's Answer to Specialized Loan Servicing's Motion for Relief from the Automatic Stay to be served Via First Class United States Mail, Postage Pre-paid in the above-referenced case, on the following:

      Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

      James Warmbrodt, Esq.

Dated: July 13, 2017                 /s/Tullio DeLuca
                                                     Tullio DeLuca, Esquire