Check No. 1176935

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-05142-JJT | 001-0 | EVE MARIE SCHOTT<br>Original Check written to:<br>RJM FUNDING, LLC<br>338 JERICHO TURNPIKE<br>SYOSSET, NY  11791-4507 | 9358 | 578.30 | 116.83 | 0.00 | 116.83 |
| 12-05251-RNO | 003-0 | JOSEPH R. LYTER<br>Original Check written to:<br>MIFFLIN COUNTY TAX CLAIM<br>BUREAU<br>20 NORTH WAYNE STREET<br>LEWISTOWN, PA  17044 | 5719 | 0.00 | 1,555.88 | 0.00 | 1,555.88 |
| 12-05443-JJT | 001-0 | BEATRICE STELLA THOMAS<br>Original Check written to:<br>RJM FUNDING, LLC<br>338 JERICHO TURNPIKE<br>SYOSSET, NY  11791-4507 | 8077 | 74.71 | 7.40 | 0.00 | 7.40 |
| 13-00178-JJT | 007-0 | JOSEPH GEORGE DODGSON<br>Original Check written to:<br>SPECIALIZED LOAN SERVICING<br>8742 LUCENT BLVD, STE 300<br>HIGHLANDS RANCH, CO  80129 | 6271 post arrears beechwood | 224.59 | 780.73 | 0.00 | 780.73 |
| 13-06218-HWV | 001-0 | SAMUEL WARREN GRAY<br>Original Check written to:<br>RJM FUNDING, LLC<br>338 JERICHO TURNPIKE<br>SYOSSET, NY  11791-4507 | 4944 | 11.30 | 148.89 | 0.00 | 148.89 |
| 13-06218-HWV | 005-0 | SAMUEL WARREN GRAY<br>Original Check written to:<br>JOHNS HOPKINS HOSPITAL<br>C/O STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD, PO BOX 6250<br>MADISON, WI  53716- | 23843843 | 10.75 | 141.55 | 0.00 | 141.55 |
| 13-06218-HWV | 006-0 | SAMUEL WARREN GRAY<br>Original Check written to:<br>JOHNS HOPKINS HOSPITAL<br>C/O STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD, PO BOX 6250<br>MADISON, WI  53716- | 26418330 | 0.72 | 9.54 | 0.00 | 9.54 |
| 13-06218-HWV | 007-0 | SAMUEL WARREN GRAY<br>Original Check written to:<br>JOHNS HOPKINS HOSPITAL<br>C/O STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD, PO BOX 6250<br>MADISON, WI  53716- | 23534175 | 63.28 | 800.31 | 0.00 | 800.31 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

**No. 1176935**

December 05, 2017

PAY** Three Thousand Five Hundred Sixty One Dollars and 13 Cents*****************

AMOUNT**$3,561.13***********

TO THE ORDER OF

VOID AFTER March 05, 2018
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA  17101-

⑇1176935⑇ ⑈031301422⑈  1618  66156⑇