Voucher manifest below. Please save the following pages for your records.
Check No. 1178315

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-03086-RNO | 013-0 | THOMAS N. ROSE<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA 19610- | 080446964 | 283.17 | 2.93 | 0.00 | 2.93 |
| 12-04644-RNO | 022-1 | TODD M. SUCHANIC<br>Original Check written to:<br>US DEPT HUD<br>C/O DEVAL LLC<br>1231 GREENWAY DRIVE, SUITE 200<br>IRVING, TX 75038-2591 | 6265 | 9,070.49 | 95.41 | 0.00 | 95.41 |
| 12-05773-JJT | 003-0 | ROBERT LAMAR KLOTZ, JR.<br>Original Check written to:<br>WELLS FARGO HOME MORTGAGE<br>PAYMENT PROCESSING<br>ONE HOME CAMPUS, MAC#X2501-01D<br>DES MOINES, IA 503280001 | 1213 | 1,157.15 | 337.31 | 0.00 | 337.31 |
| 12-06575-RNO | 002-0 | WILLIAM R. WELCH<br>Original Check written to:<br>BENEFICIAL CONSUMER DISCOUNT<br>636 GRAND REGENCY BLVD<br>BRANDON, FL 33510 | 9977 | 64,774.50 | 214.56 | 0.00 | 214.56 |
| 13-00178-JJT | 007-0 | JOSEPH GEORGE DODGSON<br>Original Check written to:<br>SPECIALIZED LOAN SERVICING<br>8742 LUCENT BLVD, STE 300<br>HIGHLANDS RANCH, CO 80129 | 6271 post arrears beechwood | 0.00 | 224.59 | 0.00 | 224.59 |
| 13-02818-JJT | 005-0 | DOLORES ANDREWS<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA 19610- | 131020405 | 0.00 | 845.62 | 0.00 | 845.62 |
| 13-06218-HWV | 007-0 | SAMUEL WARREN GRAY<br>Original Check written to:<br>JOHNS HOPKINS HOSPITAL<br>C/O STATE COLLECTION SERVICE INC<br>2509 S STOUGHTON RD, PO BOX 6250<br>MADISON, WI 53716- | 23534175 | 63.28 | 33.17 | 0.00 | 33.17 |
| 14-03220-JJT | 004-0 | MARIO GIOVANNIELLO<br>Original Check written to:<br>EMERGENCY PHYSICIAN ASSOCIATION<br>OF PA, PC<br>P.O. BOX 12907<br>NORFOLK, VA 23541- | 8734 | 1,139.05 | 21.95 | 0.00 | 21.95 |

---

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1178315

January 11, 2018

PAY** One Thousand Seven Hundred Seventy Five Dollars and 54 Cents***************
AMOUNT**$1,775.54**********

TO THE ORDER OF

VOID AFTER April 11, 2018
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101-

⑈1178315⑈ ⑆03130142⑈  1618 66156⑈

Case 5:13-bk-00178-JJT    Doc 48    Filed 01/11/18    Entered 01/11/18 07:52:22    Desc
Main Document    Page 1 of 1