UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOSEPH GEORGE DODGSON and PATRICIA MARIE DODGSON | : | CHAPTER 13 |
| Debtors | : | |
| | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : : | |
| | : | |
| vs. | : | |
| | : | |
| JOSEPH GEORGE DODGSON and PATRICIA MARIE DODGSON | : : | CASE NO. 5-13-bk-00178- JJT MOTION FOR UNCLAIMED |
| Respondents | : | FUNDS |

## ORDER

Upon consideration of the Trustee's Motion for Unclaimed Funds,

IT IS HEREBY ORDERED that the requested relief is granted and the Unclaimed Funds is directed to send to Charles J. DeHart, III, Standing Chapter 13 Trustee, funds in the amount of One Thousand and Five Dollars and Thirty-Two Cents ($1,005.32) from the account it holds in this case.