```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 13-00178-JJT
Joseph George Dodgson                                               Chapter 13
Patricia Marie Dodgson
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CathyPeak          Page 1 of 1          Date Rcvd: Mar 16, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2018.
db/jdb       +Joseph George Dodgson,    Patricia Marie Dodgson,    808 Beechwood Dr.,
              Dickson City, PA 18447-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Specialized Loan Servicing LLC, as servicer for Wells
               Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed
               Certificates, Series 2007-FXD1 bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor 1 Joseph George Dodgson tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 2 Patricia Marie Dodgson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOSEPH GEORGE DODGSON and<br>PATRICIA MARIE DODGSON<br>Debtors | : | CHAPTER 13 |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE | : | |
| vs. | : | |
| JOSEPH GEORGE DODGSON and<br>PATRICIA MARIE DODGSON<br>Respondents | : | CASE NO. 5-13-bk-00178- JJT<br>MOTION FOR UNCLAIMED<br>FUNDS |

ORDER

Upon consideration of the Trustee's Motion for Unclaimed Funds, (Doc. #49),

**IT IS HEREBY ORDERED** that a **HEARING** on the Motion will be held on **TUESDAY, APRIL 10, 2018**, at **9:30** o'clock A.M. in Bankruptcy Courtroom No. 2, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

Dated: March 16, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (CMP)