```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 13-00178-JJT
Joseph George Dodgson                                               Chapter 13
Patricia Marie Dodgson
        Debtors                       **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: CGambini            Page 1 of 1            Date Rcvd: Jul 17, 2018
                              Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db/jdb         +Joseph George Dodgson,    Patricia Marie Dodgson,    808 Beechwood Dr.,
                Dickson City, PA 18447-1102

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer for Wells
               Fargo Bank, N.A. as Trustee for Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed
               Certificates, Series 2007-FXD1 bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Joseph George Dodgson tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor 2 Patricia Marie Dodgson tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joseph George Dodgson,<br>aka Joseph G. Dodgson, aka Joseph Dodgson, | Chapter 13 |
| **Debtor 1** | Case No. 5:13−bk−00178−JJT |
| Patricia Marie Dodgson,<br>aka Pat M. Dodgson, aka Patricia M. Dodgson, aka Patricia Dodgson, | |
| **Debtor 2** | |

Social Security No.:
           xxx−xx−6171          xxx−xx−9280

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

          **Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 17, 2018          By the Court,

                                        Honorable John J. Thomas<br>
                                        United States Bankruptcy Judge<br>
                                        By: CGambini, Deputy Clerk

**fnldec** (05/18)